IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et. al.,<br><br>    Defendants. | No. C 16-01085 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner at Pelican Bay State Prison ("PBSP"), filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983. On April 11, 2016, the Court dismissed Plaintiff's complaint with leave to amend. (Docket No. 9.) Plaintiff was advised that if he failed to file an amended complaint within twenty-eight days the Court would dismiss the action without prejudice and without further notice to Plaintiff. (Id. at 6.) More than twenty-eight days have passed, and Plaintiff has failed to file an amended complaint or otherwise communicate with the Court. Accordingly, Plaintiff's complaint is DISMISSED without prejudice. The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

DATED: 5/20/2016

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.16\01085Martinez_dism.wpd